| | |
|---|---|
| 1 | Martha Bowman, Trustee in Bankruptcy |
| 2 | P.O. Box 570<br>Penryn, CA 95663-0000 |
| 3 | (916) 663-9083 |

FILED
04 JUL 26 PM 12: 11
CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re: | CHAPTER 7 PROCEEDING |
|---|---|
| Fairbairn, Jana | Case No. 00-33502-A-7<br>Date:<br>Time:<br>Dept: |
| Debtor(s) | |

## NOTICE OF UNCLAIMED FUNDS

TO THE CLERK, U.S. BANKRUPTCY COURT:

Please find attached hereto check(s) No. 1025 in the sum of $11,471.55 representing the total amount of unclaimed dividend(s) in the above-entitled estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said unclaimed dividend(s) is (are) as follows:

| Claim No | Name & Address of Claimant | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|
| 3 | Diamond W. Floor<br>Glassberg Pollak & Auerbac<br>44 Montgomery Street Suite 1660<br>San Francisco CA 94104 | Principal: 6669.62<br>Interest: 174.60 | 6844.22 |
| 5 | G. Frazier<br>Diamond W. Floor<br>Glassberg Pollak & Auerbac<br>44 Montgomery Street Suite 1660<br>San Francisco CA 94104 | Principal: 4509.28<br>Interest: 118.05 | 4627.33 |

Dated: July 22, 2004

_____
Martha Bowman, Bankruptcy Trustee