UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:                                ) Case Number: 200-33502
                                      )
    Jana Fairbairn                 )
                                      )
                          Debtor(s)   )

FILED
SEP - 8 2005
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. § 347(a), 28 U.S.C. § 2042, and the application of Dilks & Knopik, LLC, seeking payment of funds previously unclaimed by Diamond W. Floor Covering Inc. in the above-entitled case. It appears from the application and supporting documentation that Diamond W. Floor Covering Inc. is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $6,844.22 from the Treasury Registry to:

    Diamond W. Floor Covering Inc.
    and Dilks & Knopik, LLC
    PO Box 502
    Redmond, WA 98073-0502

DATED: 8 Sept 2005

_____
UNITED STATES BANKRUPTCY JUDGE

121